Opinion issued February 5, 2026



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00069-CV

_____

**GALLERY MODEL HOMES, INC., Appellant**

**V.**

**T.W. MILES AND PAULETTE MILES, Appellees**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1231047**

---

## MEMORANDUM OPINION

Appellant Gallery Model Homes, Inc. filed a Motion to Voluntarily Dismiss the appeal representing that the parties have settled and requesting that this Court dismiss this appeal pursuant to Rule 42.1(a)(1) of the Rules of Appellate Procedure

with costs to be borne by Appellant.  No cross appeal has been filed and no opinion has issued.

We grant Appellant's motion.  We dismiss the appeal with costs to be borne by Appellant. *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f). Any pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.